| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| ROD DANIELSON, Chapter 13 Trustee<br>Joey DeLeon (SBN 150974)<br>4361 Latham Street, Suite 270<br>Riverside, CA   92501-1749<br>(951) 826-8000   FAX (951) 826-8090<br><br>☐ Attorney for<br>☒ Chapter 13 Trustee | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER  13<br>CASE NUMBER **6:10-21351-CB** |
|---|---|
| In re:<br><br>LUIS HERNANDEZ AND ELIZABETH TORRES VARELA<br><br>                                                    Debtor(s). | (No Hearing Required) |

**TRUSTEE'S COMMENTS ON OR OBJECTION TO:**

☒ DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS
☐ DEBTOR'S MOTION TO

The undersigned Chapter 13 Trustee, having reviewed Debtor's Motion filed on __8/10/10__ as docket entry number __25__, recommends:

☐ APPROVAL

☐ APPROVAL on the following conditions: _____    ☐ See attached sheet.

☐ DISAPPROVAL for the following reasons: _____ .  ☐ See attached sheet.

☒ SET FOR HEARING for the following reasons:  <u>MOTION NOT SERVED ON ALL CREDITORS AS REQUIRED; PROVIDED MOTION IS PROPERLY SERVED, RECOMMEND SUSPENDING PLAN PMTS FOR 3 MOS (6/10 – 8/10); PLAN PMTS REDUCED TO $350 FOR 19 MOS BEG. 9/2010.  DUE TO PAYOFF OF VEHICLE, PMTS INCREASE TO $740 FOR 13 MOS BEG. 4/2012. PERCENTAGE TO UNSECURED CREDITORS REDUCED TO 8%; BASE PLAN AMOUNT REDUCED TO $17,410.  ALL OTHER PLAN TERMS REMAIN THE SAME.</u>  ☒ See attached sheet.

Counsel for Movant to lodge order via LOU forthwith.

Dated:   August 16, 2010                                     _Rod Oak_ (signature)
                                                              Chapter 13 Trustee

## ROD DANIELSON, CHAPTER 13 TRUSTEE, PLAN EVALUATION FORM

| DEBTOR | HERNANDEZ LUIS | | CASE NO: | 10-21351 | |
|---|---|---|---|---|---|
| Date filed: | 4/16/2010 | Mos in Plan: | 4 | Thru: | 8/16/2010 |
| Plan Pmt: | $885.00 | Plan %: | 16% | Plan Base: | $36,930.00 |
| Plan Length: | 36 | Secured Int: | 0.00% | T.P.I.: | $1,140.00 |
| Prev mos s/o: | 0 | B.O.H.: | $236.94 | Base Bal: | $35,790.00 |

| Plan Balances: | | Proposed New Terms: | | | | COMMENTS & EXPLANATION SECTION |
|---|---|---|---|---|---|---|
| Secureds: | $0.00 | Extension: | 0 | 36 | mos total plan | length |
| Sec Arrears: | $0.00 | Payment: | $350.00 | | | |
| Unsecureds: | $24,183.19 | Suspend: | 0 | past mos: | | |
| Priority debt: | $0.00 | Suspend: | 0 | future mos: | | |
| Atty Fees: | $1,489.00 | Plan %: | 6% | | | |

| | PROPOSED MODIFICATION ANALYSIS | | | |
|---|---|---|---|---|
| 1. Unsecured Debt | | | | |
| | a. Percent Proposed: | | 6.36% | |
| | b. Balance unsecured debt per computer | | 24,183.19 | |
| | c. Balance unsecured debt at 100% | | 151,144.94 | |
| | d. Balance unsecured debt at proposed % | | 9,612.82 | |
| 2. Claims to be paid at 100%: | | | | |
| | a. Secured claims balance from computer | | $0.00 | |
| | b. Secured arrears from computer | | $0.00 | |
| | c. Total Secured claims balance | | $0.00 | |
| | d. Interest on secured claims | | $0.00 | |
| | e. Priority claims balance | | $0.00 | |
| | f. Attorney Fees balance | | $1,489.00 | |
| | Subtotal Claims to be paid at 100% | | $1,489.00 | |
| 3. Duration: | | | | |
| | a. Plan length proposed | | 36 | |
| | b. Less months in the plan | | 4 | through 8/16/2010 0:00 |
| | c. Less future mos, suspension requested per motion | | 0 | per motion |
| | Subtotal Remaining Months | | 32 | |
| 4. Feasibility: | | | | |
| | a. Payment proposed | | | $350*19 (9/10-3/12)+$740*13 (4/12-4/13) |
| | b. Amount to be received in case (pmt X rem. mos) | | $16,270.00 | |
| | c. Add B.O.H. | | $236.94 | |
| | d. Subtract Trustee fees | | $1,807.78 | |
| | e. Amount Available for Creditors | | $14,699.16 | |
| | f. Subtract Claims to be paid at 100% | | $1,489.00 | |
| | g. Amount available for unsecured claims | | $13,210.16 | |
| | h. Percentage paid on balance of unsecured debt | | 54.63% | |
| | i. Percentage pay-out to Unsecured Creditors | | 8.74% | |
| | j. Is the Plan feasible as proposed? | | YES | |
| 5. Pay-off Amount (use higher of total due or base bal): | | | | |
| | a. Total due (secured, unsecured, trustee fees): | | $12,672.66 | |
| | b. New Base Balance @ proposed Pmt (NTE 100% to U/S): | | $16,270.00 | ADJ BASE: $17,410.00 |
| | c. Payoff Amount: | | $16,270.00 | |
| 6. Requirements to Pay Off Plan: | | | | |
| | a. Payment required at proposed length: | 36 | $508.44 | per mo. ADJ BASE: |
| | b. Plan length required at proposed payment: | $0.00 | #N/A | months $17,410.00 |
| | c. Payment required if plan extended to 60 months: | | $290.54 | per mo. |
| 7. Suspension Required to Cure Delinquency: | | | | |
| | a. Amt to be pd to date per plan (pmt X mos in plan): | | $3,540.00 | |
| | b. Less Total Paid into Plan to date by Debtor: | | $1,140.00 | |
| | c. Equals amount of delinquency: | | $2,400.00 | |
| | d. Div. by plan pmt = number of months in default: | | 2.71 | through 8/16/2010 0:00 |
| | e. Less previous months suspension granted: | | 0 | |
| | f. Plus future months suspension requested: | | 0 | per motion |
| | g. Equals number of months suspension required: | | 2.71 | |
| 8. Procedural compliance: | | | | |
| | a. Are Schedules I&J attached? | Yes/No | | |
| | b. Proof of new income or expenses attached? | Yes/No | | |
| | c. Has Debtor signed motion or been served? | Yes/No | | |
| | d. Do combined S/O's exceed 90 days? | Yes/No | | |
| | e. Percent to unsecureds or plan pmt lowered? | Yes/No | | |
| | f. Plan extended? | Yes/No | | |
| | g. If d., e, or f. are YES, were all creditors served? | Yes/No | | |

| Date: | 8/16/2010 | Prepared by: | Joey DeLeon |
|---|---|---|---|

| In re: | LUIS A. HERNANDEZ<br>ELIZABETH TORRES VARELA | Chapter: 13 |
|---|---|---|
| | Debtor(s) | Case Number: **6:10-bk-21351-CB** |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address 4361 Latham Street, Suite 270, Riverside, CA 92501.

The foregoing document described **TRUSTEE'S COMMENTS RE MOTION TO MODIFY PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service Information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On _____8-19-10_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here contitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Debtor
LUIS A. HERNANDEZ
ELIZABETH TORRES VARELA
27064 QUAIL CREEK DR.
MORENO VALLEY, CA 92555

Attorney for Debtor
GARY LEIBOWITZ
4050 KATELLA AVE
SUITE 201
LOS ALAMITOS, CA 90720

☐ Service Information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (Indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8-19-10 | SUSAN JONES | *Susan Jones* |
|---|---|---|
| Date | Type Name | Signature |

FG:173-POS