| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br>Gary Leibowitz SBN 91670<br>Daniel J. Leibowitz SBN 258466<br>Leibowitz Law Group<br>4050 Katella Ave., Ste. 201<br>Los Alamitos, CA 90720<br>PH: 562-430-6002<br>Fax: 562-430-8187<br>Email:  attorneygary@gmail.com<br><br>☒ Attorney for Luis A. Hernandez and Elizabeth Torres Varela<br>☐ Pro Se Debtor<br>☐ Chapter 13 Trustee | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**OCT 04 2010**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** cargill    **DEPUTY CLERK** |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA**<br><br>In re:<br>LUIS A. HERNANDEZ<br><br>    AND<br><br>ELIZABETH TORRES VARELA<br><br><br>                                              Debtor(s). | CHAPTER 13<br><br>CASE NUMBER 6:10-bk-21351-CB<br><br><br><br>(No Hearing Required) |

## ORDER ON:

☒ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**
☐ **OTHER:** _____

Based on Debtor's Motion filed on _____8/10/10_____ as docket entry number _____25_____, it is ORDERED that Debtor's Motion is:

☐    GRANTED            ☐    DENIED

☒    GRANTED on the terms set forth in the Chapter 13 Trustee's comments on or objection to Debtor's Motion

                                                                                    ###

DATED: October 4, 2010                    _____
                                                                 United States Bankruptcy Judge

| | |
|---|---|
| In re: Hernandez, Luis A.<br><br>                                                              Debtor(s). | CHAPTER 13<br><br>CASE NUMBER 6:10-21351-CB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:


A true and correct copy of the foregoing document described _____ Proposed Order on Debtor's Motion to Modify or Suspend Plan Payments_____
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:


☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ___9/24/10_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Via First Class Mail

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/24/10 | Daniel Leibowitz | /s/ Daniel Leibowitz |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                              F 3015-1.14

| In re: Hernandez, Luis A. | | CHAPTER 13 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 6:10-21351-CB |

**ADDITIONAL SERVICE INFORMATION** (if needed):

CHAPTER 13 TRUSTEE
Rod Danielson
Chapter 13 Trustee
4361 Latham Street, Suite 270
Riverside, CA 92501

UNITED STATES TRUSTEE
United States Trustee (LA)
3685 Main Street, Suite 300
Riverside, CA 92501


The Honorable Catherine Bauer
Attn: Judge's Copy
3420 12th Street
Riverside, CA 92501-3819

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                       **F 3015-1.14**

| In re: Hernandez, Luis A. | | CHAPTER 13 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 6:10-21351-CB |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*)  Order on Debtor's Motion to Modify or Suspend Plan Payments
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of  9/24/2010 , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

United States Trustee, ustpregion16.rs.usdoj.gov
Chapter 13 Trustee, Rod Danielson, notice-efile@rodan.com
Gary Leibowitz, Esq, Attorneygary@gmail.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Luis Hernandez
27064 Quail Creek Dr.
Moreno Valley, CA 92555

Elizabeth Torres Varela
27064 Quail Creek Dr.
Moreno Valley, CA 92555

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    F 3015-1.14